B2650 (Form 2650) (12/15)

# United States Bankruptcy Court
_____ District Of _____

In re  NSC Wholesale Holdings, LLC                )
                  Debtor                                         )     Case No. 18-12394-CSS
                                                    )
                                                    )     Chapter 11
, NSC Liquidating Trust _____                  )
                  Plaintiff                                       )
                                                    )
                  v.                                               )
Comet Customs Brokers, Inc. _____              )     Adv. Proc. No. 20-50865
                Defendant                                       )

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on  3-10-2021  as it appears in the records of this court, and that:
                                                                           (date)

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                    (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
          (name of court)                                           (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
    (date)

_____
Clerk of the Bankruptcy Court

10-8-2021                                     By: _____
  Date                                                              Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>NSC Wholesale Holdings LLC<br>Debtor | Bankruptcy Case No.: 18-12394-CSS<br><br>Bankruptcy Chapter: 11 |
| NSC Liquidating Trust<br><br>Plaintiff<br><br>vs.<br><br>Comet Customs Brokers, Inc.<br><br>Defendant(s) | Adv. Proc. No.: 20-50865-CSS |

*CERTIFIED AS A TRUE COPY; ATTEST: UNA M. O'BOYLE, U.S. BANKRUPTCY COURT, By [signature] Deputy Clerk 10/1/2021*

### JUDGMENT BY DEFAULT

On 3/10/2021, default was entered against defendant(s) Comet Customs Brokers, Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Comet Customs Brokers, Inc. in the amount of $25,915.97 plus court filing costs in the amount of $350.00.

Date: 3/10/21

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN-433b)

# Notice Recipients

District/Off: 0311−1     User: admin                Date Created: 3/10/2021
Case: 20−50865−CSS      Form ID: van433b            Total: 4

**Recipients of Notice of Electronic Filing:**
aty     Howard A. Cohen         hcohen@gibbonslaw.com
aty     Natasha M. Songonuga    nsongonuga@gibbonslaw.com

                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     U.S. Trustee    Office of the United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19801
ust     U.S. Trustee    Office of United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19899−0035

                        TOTAL: 2

# MISCELLANEOUS CASE COVER SHEET

| PLAINTIFFS | DEFENDANTS |
|---|---|
| NSC Liquidating Trust | Comet Customs Brokers, Inc. |
| **Attorney's** (Firm Name, Address, and Telephone Number)<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>(973) 596-4500 | Attorneys (If Known) |

**DESCRIPTION OF CASE**
Action by Liquidating Trustee appointed pursuant to a bankruptcy plan seeking avoidance of preferential transfers in which default judgment was entered against the Defendant.

Has this or a similar case been previously filed in SDNY?

No? ✓   Yes? ☐   Judge Previously Assigned _____

If yes, was this case: Vol.☐   Invol.☐   Dismissed. No☐   Yes☐

If yes, give date _____ & Case No. _____

**NATURE OF CASE**

- ☐ M 08-85 Motion to Compel
- ☐ M 08-85 Motion to Quash
- ☐ M 08-86 Internet Infringement
- ☐ M 08-88 Surety Companies
- ☐ M 08-425 Sureties Proceedings
- ☐ M 11-03 SEC Litigation to Freeze Account
- ☐ M 11-188 GJ Subpoenas - Unsealed
- ☐ M 11-189 GJ Subpoenas - Sealed
- ☐ M 16-88 Sale of Unclaimed Seamen's Effects
- ☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- ✓ M 18-302 Registration of a Judgment from Another District
- ☐ M 18-304 Administrative Subpoena Proceedings
- ☐ M 18-305 Registration of Student Loan Judgment
- ☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
- ☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- ☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- ☐ M 19-63 Receivers - Property in Other Districts
- ☐ M 19-78 Denial to Sue In Forma Pauperis
- ☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- ☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
- ☐ M 23 Petition to Perpetuate Testimony
- ☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
- ☐ M 25-2 Permission to have access to safe deposit boxes
- ☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

- ☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- ☐ M 28 Warrant for Entry & Inspection of Premises
- ☐ M 29 Privacy Act Application
- ☐ M 30 Privacy Act Application
- ☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- ☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
- ☐ M 33 Inspection Warrant - Department of Energy
- ☐ M 34 Order of Another District Court that the State Court Produce
- ☐ M 35 Order to Stay Transfer of Federal Prisoner
- ☐ M 36 National Labor Relations Board
- ☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- ☐ M 38 Application for Reassignment of Bankruptcy Proceeding
- ☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- ☐ M 41 Order of Return of 28:2254/2255 Petition
- ☐ M 42 Order Denying Stay of Deportation
- ☐ M 43 Contempt of Court in Bankruptcy
- ☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- ☐ M 46 Order From Another District for Public Viewing
- ☐ M 47 Bankruptcy Cases - Before Appeal Filed
- ☐ M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- ☐ M 48 Application for Appointment of Counsel - No Case in This Court
- ☐ M 49 Order Denying Commencement of Civil Action

Rev. 04/2019

**NATURE OF CASE CONTINUED**

- ☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- ☐ M 52 Application for Leave to File a Complaint
- ☐ M 53 Order Barring Individual from Entering Courthouse Building
- ☐ M 54 Immigration Naturalization - Order Delaying Deportation
- ☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- ☐ M 58 Application for Extension of Time to File Petition for Removal
- ☐ M 59 Application to Produce Federal Prisoner in State Court
- ☐ M 67 Notice of Eviction to Squatters (USA Cases)

- ☐ M 71 Application re: Federal Rules Cr. 11(e)(2)
- ☐ M 72 Order of Attachment of Another District – EDNY
- ☐ M 73 Subpoena to Government Agency
- ☐ M 75 Application for Writ of Garnishment
- ☐ M 76 Central Violations Bureau
- ☐ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- ☐ M 90 Order of Attachment
- ☐ M 93 Letters Rogatory _____
- ☐ M 94 Other _____

- ☐ M 98 Application to file a civil case under seal.

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE _____ MISCELLANEOUS CASE NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

2021 DEC 13 A 9: 34
RECEIVED/MR
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

CHECK ONE: AT LEAST ONE PARTY IS PRO SE    No ☐   Yes ☐
CHECK ONE: THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS ☐   MANHATTAN ☐

| DATE   SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|
| *[signature]* | ☐ U.S. GOVERNMENT ATTORNEY |
| | ☐ NO |
| RECEIPT # | ☑ YES (DATE ADMITTED MO. _3_ YR. _1986_)* |
| | ATTORNEY BAR CODE # _NY 01142 1985_ |
| | *ADMITTED TO SDNY & EDNY ONLY |

Ruby J. Krajick, Clerk of Court,           Dated _____

by Rev. 04/2019